UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 17 AM 10: 18

_Vinton P. Frost_
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

_Civil Division,_
_United States Department of Justice_
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment?   _7/2015_
   Gross monthly wages at the time:   _$1,738.24_  one thousand - seven hundred - thirty eight + 24/100ths

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment     ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends               ☐ Yes   ☐ No

SDNY Rev: 8/5/2015

|     |                                                              | Yes | No |
|-----|--------------------------------------------------------------|-----|----|
| (c) | Pension, annuity, or life insurance payments                 | ☐   | ☒  |
| (d) | Disability or worker's compensation payments                 | ☐   | ☒  |
| (e) | Gifts or inheritances                                        | ☒   | ☐  |
| (f) | Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ | ☒ |
| (g) | Any other sources                                            | ☒   | ☐  |

→ $1,147.50 in SUPPLEMENTAL SECURITY INCOME (SSI) per month [DISABILITY] SSA

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

→ in Dec. 2021: $300 gift from my mother, $100 cash gift from brother plus airfare AVS/SFO. Do not expect more than usual $50 gift for Xmas next year.

If you answered "No" to all of the questions above, explain how you are paying your expenses: living in most homeless drop-in shelter in NYC, now at camping retreat for health, not paying rent nor utilities, using food stamps (EBT)

4. How much money do you have in cash or in a checking, savings, or inmate account?

SAVINGS ACCT: $100    CHECKING ACCOUNT: $200

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Transportation $200; Laundry $20; Mobile phone $50, Gear $100
Food: $500 plus any remainder

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

None

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

• Debts to friends and family
• Student Loan $19,800+
• Unpaid income taxes 2007 $9,000+

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

3/8/22                            VPFrost
Dated                             Signature

Frost, Vinton P.
Name (Last, First, MI)            Prison Identification # (If incarcerated)

P.O. Box 6671        NY           NY          10150
Address              City         State       Zip Code

917 - private                     plaintiffappellant@gmail.com
Telephone Number                  E-mail Address (if available)